IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 06-25118-JKF |
| Gene Ferro and Sharon Ferro, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Gene Ferro and Sharon Ferro, | : | Related to Docket No. 39 |
| Movants | : | Hearing Date and Time: |
| vs. | : | |
| LVNV Funding, LLC, | : | |
| Respondent | : | |
| and | : | |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## ORDER

AND NOW, this __10__ day of __Feb__, 2012, the Court having considered the Motion for Recovery of Unclaimed Funds, any responses thereto, with notice to all parties in interest and an opportunity for hearing, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Clerk shall release funds totaling $1,542.21 to Gene Ferro and Sharon Ferro, and send these funds to the following address: Mazzei & Associates, 432 Boulevard of the Allies, Pittsburgh, PA 15219.

2. The Debtors shall reimburse their costs and pay counsel fees to Mazzei & Associates from this payment in the amount of $850.00.

*Motion is withdrawn.*

BY THE COURT:

Judith K. Fitzgerald
United States Bankruptcy Judge

FILED
FEB 13 2012
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA